IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN NORVILLE | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : CASE NO.: 07-2939 |
| v. | : |
| | : |
| MANHATTAN WOODS GOLF CLUB | : |
| | : |
| Defendant. | : |

**STIPULATION FOR AMENDMENT OF PLEADING**

It is hereby stipulated pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Adam C. Virant, counsel for Plaintiff, and Laura Shockley, counsel for Defendant, that Plaintiff will file an Amended Complaint by September 28, 2007, and further that Counts III and IV of said Amended Complaint will be deemed as filed on September 5, 2007.

_____
Adam C. Virant, Esquire
Karpf, Karpf & Virant
140 Broadway
46th Floor
New York, NY 10005

_____
Laura Shockley, Esquire (LLS LC4C)
Rivkin Radler LLP
926 Reckson Plaza
Uniondale, NY 11556

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
Hon. Stephen C. Robinson, J.
9/14/07

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:
```