UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEPHEN NORVILLE,                                   Index No.  07 Civ.  2939(SCR)

                 Plaintiff,

      -against-                                   **CIVIL CASE DISCOVERY
                                                    PLAN AND SCHEDULING
                                                    ORDER**

MANHATTAN WOODS GOLF CLUB,

                 Defendant.

------------------------------------------------------------------X

      The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.  (**Note:  all proposed dates should be for weekdays only**).

The case **is** to be tried to a jury,

Joinder of additional patties must be accomplished by 30 days following completion of depositions.

Amended pleadings may be filed until October 15, 2007.

Discovery:

1.    Interrogatories are to be served by all counsel no later than October 15, 2007, and responses to such interrogatories shall he served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3 shall not apply to this case.

2.    First request for production of documents, if any, to be served no later than October 15, 2007.

3.    Depositions to be completed by January 18, 2008.

    a.    Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

    b.    Depositions shall proceed concurrently.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

    c.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4.    Any further interrogatories, including expert interrogatories, to be served no later than 30 days following completion of depositions.

5.    Requests to Admit, if any to be served no later than November 30, 2007.

6.    Additional provisions relating to discovery agreed upon by counsel for the parties are not attached.

7.    All discovery is to be complete by January 18, 2008.

Initial Case Management Conference is scheduled for September 14, 2007.

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. _____, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

Dated: September 13, 2007
White Plains, New York

SO ORDERED

_____
Stephen C. Robinson U.S.D.J.

2071840 v1