UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEPHEN NORVILLE,

                      Plaintiff,

    -against-

MANHATTAN WOODS GOLF CLUB,

                      Defendant.

------------------------------------------------------------------X

Docket # 07 CV 2939

**DEFENDANT'S RULE 26(a)(1) DISCLOSURES**

JURY TRIAL DEMANDED

      Defendant, MANHATTAN WOODS GOLF CLUB, by its attorneys, RIVKIN RADLER LLP, respectfully discloses the following information in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

### DISCLOSURES PURSUANT TO FRCP 26(a)(1)

      (A)    Pursuant to FRCP 26(a)(1)(A) and to the extent known by defendant, defendant hereby discloses all individuals, (and if known their address and telephone number), likely to have discoverable information that defendant may use to support its claims or defenses, unless solely for impeachment, with reference to the subjects of the information:

| **INDIVIDUAL** | **SUBJECTS OF INFORMATION** |
|---|---|
| Thomas Tuthill | Norville's allegations of unlawful discrimination. |
| Ken Lee | Norville's allegations of unlawful discrimination. |

(B) Pursuant to FRCP 26(a)(1)(B), defendant has the following documents in its possession, custody or control that defendant may use to support its claims or defenses, unless solely for impeachment:

- Personnel File of Plaintiff;

- Defendant's employment policies and/or manuals.

(C) Not applicable.

(D) Pursuant to FRCP 26(a)(1)(B), defendant will make available, for inspection and copying, any applicable insurance agreement.

Defendant reserves the right to timely supplement these disclosures.

Dated: Uniondale, New York
September 20, 2007

Yours, etc.,

RIVKIN RADLER LLP
Attorneys for Defendant
MANHATTAN WOODS GOLF CLUB

By: _____
LAURA L. SHOCKLEY (LLS-6040)
926 Reckson Plaza
Uniondale, New York 11556-0111
(516) 357-3000
File No.: 009610-05001

TO: KARPF, KARPF & VIRANT
Attorneys for Plaintiff
Adam Virant, Esq. (AV-5429)
140 Broadway, 46th Floor
New York, New York 10005
(212) 929-6030

2071684 v1