Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

STEPHEN NORVILLE,

                    Plaintiff,

      -against-

MANHATTAN WOODS GOLF CLUB,

                    Defendant.

---------------------------------------------------------------X

Index No. 07 CV 2939 (SCR)

**STIPULATION** & ORDER EXTENDING TIME for completion of discovery

IT IS HEREBY STIPULATED AND AGREED by counsel for the above-captioned parties that the deadline for the completion of discovery has been extended until March 18, 2008.

Dated: Uniondale, New York
       January 2, 2008

KARPF, KARPF & VIRANT
Attorneys for Plaintiff
STEPHEN NORVILLE
140 Broadway, 46th Floor
New York, New York 10005
(212) 929-6030

By: Adam Virant, Esq. (AV-5429)

RIVKIN, RADLER LLP
Attorneys for Defendant
MANHATTAN WOODS GOLF CLUB
926 Reckson Plaza
Uniondale, NY 11556-0111
(516) 357-3000

By: Laura L. Shockley, Esq. (LLS-6040)

SO ORDERED:

_____
Honorable Stephen C. Robinson

dated: Jan 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: